# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GARY E. HAWES,

    Plaintiff

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No.: 3:23-cv-00357-ART-CSD

**ORDER**

Re: ECF Nos. 24

On June 13, 2025, the court entered an Order denying Plaintiff's motion for appointment of counsel. (ECF No. 24.)

**IT IS HEREBY ORDERED** that the court's Order (ECF No. 24) is **WITHDRAWN**.

**IT IS SO ORDERED.**

DATED: June 16, 2025.

_____
UNITED STATES MAGISTRATE JUDGE